1  BUCHALTER
   A Professional Corporation
2  JARRETT S. OSBORNE-REVIS (SBN: 289193)
   500 Capitol Mall, Suite 1900
3  Sacramento, CA 95814
   Telephone: 916.945.5170
4  Email: josbornerevis@buchalter.com

5  *Attorneys for Defendant*
   SELECT PORTFOLIO SERVICING, INC.
6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | BARRY HEISLER, an individual, | Case No. 3:22-cv-7723 |
12 | Plaintiffs, | |
13 | vs. | [~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION FOR DISMISSAL |
14 | CHASE BANK, N.A.; SELECT PORTFOLIO SERVICING, INC.; and DOES 1-50, inclusive, | Action Filed: November 3, 2022 Removal Date: December 7, 2022 Trial Date: None set |
15 | Defendants. | |

BUCHALTER
A PROFESSIONAL CORPORATION
SACRAMENTO

[~~PROPOSED~~] ORDER APPROVING JOINT STIPULATION FOR DISMISSAL
BN 74090503v1

Case No.: 3:22-cv-7723

Before the Court is Plaintiff Barry Heisler ("Heisler") and Defendants JPMorgan Chase Bank, N.A. and Select Portfolio Servicing, Inc.'s Joint Stipulation for Dismissal. Having read and considered the parties' stipulation, the Court finds good cause exists to approve the stipulation.

Good cause appearing therefore, IT IS ORDERED THAT:

1. The parties' joint stipulation of dismissal is approved.
2. Heisler's Complaint is dismissed with prejudice.
3. Notwithstanding that this action will be administratively closed, this Court retains jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement and Mutual Release of Claims.
4. Each party will bear its own attorney's fees and costs.
5. All scheduled dates and deadlines are VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: January 11, 2023

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

BUCHALTER
A Professional Corporation
Sacramento

[PROPOSED] ORDER APPROVING JOINT STIPULATION FOR DISMISSAL
BN 74090503v1

2

Case No.: 3:22-cv-7723